FILED
2005 Sep-16 PM 03:11
U.S. DISTRICT COURT
N.D. OF ALABAMA

```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF ALABAMA
                   WESTERN DIVISION

ARKESHIA GUYTON,                }
                                }
     Plaintiff,                 }
                                }     CIVIL ACTION NO.
v.                              }     04-AR-109-W
                                }
LOWE'S COMPANIES, INC.,         }
                                }
     Defendant.                 }
```

**MEMORANDUM OPINION**

No objections having been timely filed to the report and recommendation entered by Magistrate Judge John E. Ott on August 31, 2005, and the court not only have considered the report and recommendation, but having reviewed *de novo* the motion for summary judgment and the evidentiary materials and briefs filed in support and in opposition to the said motion, and having independently concluded that Judge Ott's report and recommendation is correct, the report and recommendation is hereby ACCEPTED and ADOPTED as the opinion of this court.

A separate appropriate order will be entered.

DONE this 16th day of September, 2005.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE